IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEE D. CRAYTON, 918103,<br><br>    Petitioner,<br><br>v.<br><br>JOHN ADAMS, PAUL SLOAN, and<br>JAMIE BAKER,<br><br>    Respondents. | §<br>§<br>§<br>§<br>§<br>§    Civil Action No. 3:09-cv-2427-O<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING A CERTIFICATE
OF APPEALABILITY**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings and Conclusions of the Magistrate Judge as the findings and conclusions of the Court.

This is a habeas corpus case in which the detention complained of arises out of process issued by a state court. Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), a Certificate of Appealability is hereby **DENIED**.

REASONS FOR DENIAL:  For the reasons stated in the Court's Order Accepting Findings and Recommendation of the United States Magistrate Judge, which the Court hereby adopts and incorporates by reference, Petitioner has failed to demonstrate that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right. *See generally Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Morris v. Dretke*, 379 F.3d 199, 204 (5th Cir. 2004).

**SO ORDERED** on this **24th day** of **October, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**